## A. L. & J. D. LANIER vs. TULLIS.

The court below is invested with discretion to grant or refuse a new trial, on the ground that the verdict is decidedly and strongly against the weight of the evidence, although there may be some slight evidence to support it; but such discretion is not given to this court, and if there is sufficient evidence to support the verdict, the refusal of the court below to grant a new trial on that ground will not be controlled.    Code, §3717.

Judgment affirmed.

April 15, 1884.

JACKSON, Chief Justice.

---

## HILL vs. MOUNTFORD.

[Blandford, Justice, did not preside in this case.]

Where the only error assigned was the grant of a non-suit, and upon examining the bill of exceptions, it is found to embody no evidence, and to have none attached and properly identified (although there is a mass of what purports to be testimony attached to a meagre bill of exceptions not identified by the judge nor certified by the clerk), the writ of error will be dismissed.    *Hobbs vs. Longstreet*, (present term).

Writ of error dismissed.

March 4, 1884.

HALL, Justice.